No. — – —. GARCEAU *v.* CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. A–984 (93–1904). COLORADO *v.* LEFTWICH ET AL. Sup. Ct. Colo. Application to recall and stay mandate, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–696. IN RE DISBARMENT OF HUST. Disbarment entered. [For earlier order herein, see 485 U. S. 985.]

No. D–1353. IN RE DISBARMENT OF CONROY. Disbarment entered. [For earlier order herein, see 510 U. S. 1069.]

No. D–1373. IN RE DISBARMENT OF SWERDLOW. Paul Swerdlow, of Media, Pa., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on March 21, 1994 [510 U. S. 1188], is hereby discharged.

No. D–1398. IN RE DISBARMENT OF SLOAN. It is ordered that Leland Trickett Sloan, of St. Albans, W. Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1399. IN RE DISBARMENT OF AGAJANIAN. It is ordered that Roger James Agajanian, of Mission Viejo, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1400. IN RE DISBARMENT OF PEGG. It is ordered that Joel T. Pegg, of Sacramento, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.